**Proskauer**»  Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2016
```

January 21, 2016

Via ECF

Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Braskem, S.A., Securities Litigation, 15 Civ. 5132 (PAE)

Dear Judge Engelmayer:

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, I hereby request that I be permitted to withdraw my appearance on behalf of Defendant Bernardo Afonso de Almeida Gradin because my last day with the law firm of Proskauer Rose LLP is January 22, 2016.

Defendant Gradin will continue to be represented by Bob Cleary and Mark Davidson, other attorneys at Proskauer Rose LLP, who have already filed their appearances.

Respectfully submitted,

s/ Jessica P. Fisher

Jessica P. Fisher

cc:   Counsel of record (*via ECF*)

Granted.   1/21/16

SO ORDERED:

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE