UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BRASKEM S.A. SECURITIES LITIGATION | 15 Civ. 5132 (PAE) |
| | ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court today issued a decision granting in part and denying in part the various motions to dismiss. Plaintiffs' surviving claims will now proceed to discovery.

As to the case schedule going forward, the Court recognizes that there are various complexities to this lawsuit. These include that the corporate defendant is a foreign company, that there appear to be various related or parallel civil and criminal proceedings, and that the case schedule needs to take into account plaintiffs' anticipated class certification motion and attendant class discovery and briefing. The parties may also wish to prioritize settlement discussions. To enable counsel to consider thoughtfully the optimal schedule in this case and to propose a case management plan suited to the needs of this case, the Court will give counsel the next two weeks to confer with respect to such matters. The Court directs counsel to jointly propose a case management plan by Monday, April 17, 2017, which the Court expects will attempt to move this case forward as expeditiously as possible.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: March 30, 2017
New York, New York