UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BRASKEM, S.A., SECURITIES LITIGATION | Civil Action No. 15-CV-5132-PAE |

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiff Boilermaker-Blacksmith National Pension Trust ("Lead Plaintiff"), on behalf of themselves and each of the Settlement Class Members, move this Court before the Honorable Paul A. Engelmayer for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure to (i) preliminarily approve the Settlement; (ii) preliminarily certify the Settlement Class for the purposes of the Settlement; (iii) approve the proposed form and manner of notice to Settlement Class Members; (iv) approve the proposed Plan of Allocation; (v) preliminarily appoint Lead Plaintiff as class representative for the Settlement Class and Lead Counsel as class counsel for the Settlement Class; and (vi) schedule a hearing on Lead Plaintiff's motion for final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

Dated: September 14, 2017            Respectfully submitted,

*/s/ Steven J. Toll*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Times Wang
1100 New York Avenue, N.W.
Suite 500
Washington, D.C. 20005
(202) 408-4600
stoll@cohenmilstein.com

twang@cohenmilstein.com

Christopher Lometti
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
clometti@cohenmilstein.com

*Counsel for Lead Plaintiff*