**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE BRASKEM, S.A., SECURITIES                Civil Action No. 15-CV-5132-PAE
LITIGATION

**SUPPLEMENTAL AFFIDAVIT OF JOSE C. FRAGA**
**REGARDING MAILING OF NOTICE OF PENDENCY OF CLASS**
**ACTION AND PROPOSED SETTLEMENT AND CLAIM FORM, REQUESTS**
**FOR EXCLUSIONS AND OBJECTIONS TO THE SETTLEMENT RECEIVED**

STATE OF NEW YORK        )
                         )          ss.:
COUNTY OF NASSAU         )

  JOSE C. FRAGA, being duly sworn, deposes and says:

  1.  I am a Senior Director of Operations for Garden City Group, LLC ("GCG") located at 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042. I submit this affidavit to supplement my prior Affidavit of Jose C. Fraga Regarding Mailing of Notice of Pendency of Class Action and Proposed Settlement and Claim Form, Publication Requests for Exclusions and Objections to the Settlement Received to Date, dated January 24, 2018 (the "Mailing Affidavit"), which was previously filed with the Court.  ECF No. 129-2.  The following statements are based on my personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

**MAILING OF THE NOTICE PACKET**

  2.  Since the execution of the Mailing Affidavit, GCG has continued to disseminate copies of the Notice Packet[1] in response to requests from potential Settlement Class Members, brokers and other nominees.  Since January 24, 2018, GCG has mailed 3 additional Notice Packets.  Accordingly, in the aggregate, GCG has mailed a total of 26,709 Notice Packets to

---

[1] All capitalized terms not otherwise defined in this document shall have the meaning ascribed to them in the Stipulation and Agreement of Settlement dated September 14, 2017 (the "Stipulation"), and the Mailing Affidavit.

nominees and potential Settlement Class Members, including Notice Packets that were remailed to updated addresses provided by the U.S. Postal Service.

## PROOFS OF CLAIM RECEIVED TO DATE

3.      As set forth in the Notice, any Settlement Class Member wishing to obtain payment from the Settlement must have filed a Proof of Claim Form postmarked no later than January 16, 2018.  As of February 13, 2018, GCG has received approximately 3,297 Proofs of Claim, 115 of which were postmarked after the submission deadline.[2]  Of the 3,297 claims received by GCG, 544 claims potentially have total Recognized Losses of $20,559,285.18, however these figures may change as claimants have an opportunity to cure any deficiencies in their claims.  In addition, 2,753 claims are either ineligible or do not calculate to a Recognized Loss under the Plan of Allocation.

Jose C. Fraga

Sworn to before me this
14th day of February, 2018

Notary Public
ROSE MARIE HARDINA
Notary Public State of New York
No. 01HA5067940
Qualified in Nassau County
Commission Expires January 7, 2019

[2]  As GCG is still receiving, reviewing and processing Proofs of Claim, the information provided in this Affidavit regarding Proofs of Claim received to date is preliminary and subject to further analysis and quality control and is intended only for information purposes at this time.  As with every settlement administration, some of the claims will contain deficiencies. Claim deficiencies will be addressed during the normal course of the administration and claimants with deficient claims will be provided an opportunity to cure the deficiency(ies) in their claims.