UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BRASKEM S.A., SECURITIES LITIGATION

No. 15-cv-5132 (PAE)

**ORDER DIRECTING *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**

Lead Plaintiff's motion for an order directing a *cy pres* distribution of the residual Net Settlement Fund is hereby GRANTED. The remaining funds of $9,695.01, plus any interest that has accrued on that amount, shall be donated to the Public Justice Foundation.

IT IS SO ORDERED.

Dated: 12/6/17

*Paul A. Engelmayer*
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT COURT JUDGE