UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BRASKEM S.A. SECURITIES LITIGATION | No. 15-cv-5132 (PAE) |

**ORDER DIRECTING *CY PRES*
DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**

Lead Plaintiff's motion for an order directing a *cy pres* distribution of the residual Net Settlement Fund is hereby GRANTED. The remaining funds of $5,220.24, plus any interest that has accrued on that amount, shall be donated to the Public Justice Foundation.

IT IS SO ORDERED.

Dated: February 23, 2022

Paul A. Engelmayer
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE